## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

White Thorne Capital, LLC f/k/a McGraw
Capital Partners, LCC

          Plaintiff,

v.          Case No.: 1:22−cv−01363

          Honorable Franklin U. Valderrama

Safe Harvest Medical, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 6, 2022:

    MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motions and supported by the declarations attached thereto, Plaintiff's motions for default judgment against Defendant Safe Harvest Medical [29] and Defendant Garrett Mann [28] are granted. Enter Default Judgment Orders. The Court directs Plaintiff to mail a copy of this minute entry and the default judgment orders to Defendant Safe Harvest Medical and Defendant Garrett Mann to Safe Harvest no later than 10/13/2022 via USPS First Class Mail or a similar mailing service. Plaintiff's motion for hearing [30] is denied as moot. This case continues against Defendant Jason Tomlinson, but remains stayed pursuant to 11 U.S.C. § 362. Plaintiff is instructed to file a status report by 1/4/2023 as to the status of Defendant Tomlinson's pending bankruptcy case. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.