UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHITE THORNE CAPITAL, LLC f/k/a MCGRAW CAPITAL PARTNERS, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>SAFE HARVEST MEDICAL, GARRETT MANN, and JASON TOMLINSON,<br><br>          Defendants. | Case No. 22-cv-01363<br><br>Honorable Franklin U. Valderrama |

## ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT GARRETT MANN

Upon consideration of *Plaintiff's Motion For Entry Of Default Judgment Against Defendant Garrett Mann* (the "Default Judgment Motion"), filed by Plaintiff White Thorne Capital, LLC f/k/a McGraw Capital, LLC ("McGraw" or "Plaintiff"), seeking the entry of a default judgment against Defendant Garrett Mann ("Mann") pursuant to Rule 55(b) of the Federal Rules of Civil Procedure; the Court having considered the *Declaration of Steve Beaman* and the *Declaration of Tia Ghattas* filed in support of the Default Judgment Motion, as well as the evidence of damages provided therein; due and proper notice of the Default Judgment Motion having been provided; Mann having failed to appear and defend against the Default Judgment Motion; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. The Default Judgment Motion is granted.

2. Pursuant to Fed. R. Civ. P. 55(b)(2), judgment is entered against Garrett Mann and in favor of White Thorne Capital, LLC f/k/a McGraw Capital, LLC in the amount of $7,265,017.80 in compensatory damages and $196,984.10 in actual costs, expenses and attorneys' fees, for a total judgment of $7,462,001.90, plus post-judgment interest, on Counts III, IV and VIII of the Complaint.

      3.      With respect to Plaintiff's claims for fraud and fraudulent concealment in Counts III and IV of the Complaint, Plaintiff has established that Garrett Mann, on behalf of Safe Harvest Medical, LLC, obtained funds from Plaintiff under false pretenses and through false representations and statements and actual fraud, as those terms are defined in 11 U.S.C. § 523(a)(2).

Date: 10/6/2022

                                                            _____
                                                            United States District Judge
                                                            Franklin U. Valderrama

LEGAL\58882089\1