# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WHITE THORNE CAPITAL, LLC f/k/a MCGRAW CAPITAL PARTNERS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAFE HARVEST MEDICAL, GARRETT MANN, and JASON TOMLINSON,<br><br>Defendants. | Case No. 22-cv-01363<br><br>Honorable Franklin U. Valderrama |

## ORDER GRANTING DEFAULT JUDGMENT
## AGAINST DEFENDANT SAFE HARVEST MEDICAL, LLC

Upon consideration of *Plaintiff's Motion For Entry Of Default Judgment Against Defendant Safe Harvest Medical, LLC* (the "Default Judgment Motion"), filed by Plaintiff White Thorne Capital, LLC f/k/a McGraw Capital, LLC ("McGraw" or "Plaintiff"), seeking the entry of a default judgment against Defendant Safe Harvest Medical, LLC ("SHM") pursuant to Rule 55(b) of the Federal Rules of Civil Procedure; the Court having considered the *Declaration of Steve Beaman* filed in support of the Default Judgment Motion, as well as the evidence of damages provided therein; due and proper notice of the Default Judgment Motion having been provided; SHM having failed to appear and defend against the Default Judgment Motion; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. The Default Judgment Motion is granted.

2. Pursuant to Fed. R. Civ. P. 55(b)(2), judgment is entered against Safe Harvest Medical, LLC and in favor of White Thorne Capital, LLC f/k/a McGraw Capital, LLC in the amount of $7,265,017.80 in compensatory damages and $196,984.10 in actual costs, expenses and attorneys' fees, for a total judgment of $7,462,001.90, plus post-judgment interest, on Counts I-VII of the Complaint.

2

3. With respect to Plaintiff's claims for fraud and fraudulent concealment in Counts III and IV of the Complaint, Plaintiff has established that Safe Harvest Medical, LLC obtained funds from Plaintiff by making false representations and statements, and through actual fraud, as those terms are defined in 11 U.S.C. § 523(a)(2).

Date: 10/6/2022

_____
United States District Judge
Franklin U. Valderrama

2