UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHITE THORNE CAPITAL, LLC f/k/a MCGRAW CAPITAL PARTNERS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAFE HARVEST MEDICAL, GARRETT MANN, and JASON TOMLINSON,<br><br>Defendants. | Case No. 22-cv-01363<br><br>Honorable Franklin U. Valderrama |

**ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY
DISMISS DEFENDANT TOMLINSON AND FOR RELATED RELIEF**

Upon Consideration Of Plaintiff's Motion To Voluntarily Dismiss Defendant Tomlinson And For Related Relief (the "Motion"), filed by Plaintiff White Thorne Capital, LLC f/k/a McGraw Capital, LLC ("McGraw" or "Plaintiff"), seeking the entry of an Order: (i) voluntarily dismissing Defendant Jason Tomlinson ("Tomlinson") without prejudice from the above-captioned case pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure; and (ii) confirming that in light of Tomlinson's dismissal, all claims in the above-captioned case have been resolved and the *Order Granting Default Judgment Against Defendant Garrett Mann* [Dkt. No. 32] and the *Order Granting Default Judgment Against Defendant Safe Harvest Medical, LLC* [Dkt. No. 33] are final judgments against Defendant Garrett Mann and Defendant Safe Harvest Medical, LLC, respectively; due and proper notice of the Motion having been provided; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. The Motion is granted.

LEGAL\60451151\1

    2. Defendant Jason Tomlinson is hereby voluntarily dismissed without prejudice from the above-captioned case pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure.

    3. The Court's *Order Granting Default Judgment Against Defendant Garrett Mann* [Dkt. No. 32] is a final judgment against Defendant Garrett Mann for which execution may issue.

    4. The Court's *Order Granting Default Judgment Against Defendant Safe Harvest Medical, LLC* [Dkt. No. 33] is a final judgment against Defendant Safe Harvest Medical, LLC for which execution may issue.

Date: 11/22/2022

                                                                 United States District Judge
                                                                  Franklin U. Valderrama